```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GUY F. ZERN, III                  :    CIVIL ACTION
                                  :
                                  :
          v.                      :
                                  :
PENNONI ASSOCIATES, INC.          :    NO. 11-1992
```

ORDER

AND NOW, this 2nd day of March, 2012, upon consideration of the defendant's Motion for Summary Judgment (Docket No. 29), the opposition in response (Docket No. 35), and the reply thereto (Docket No. 39), and following oral argument on March 1, 2012, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the motion is GRANTED.  Judgment is hereby ENTERED in favor of the above-named defendant and against the plaintiff.  This case is closed.

```
                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.
```